**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IMAGEKEEPER, LLC, a Nevada limited liability Company,

Plaintiff(s),

vs.

WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, A Delaware limited liabilityCompany,

Defendant(s).

Case #2:20-cv-01470-GMN-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Miya Yusa (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Polsinelli, LLP (firm name)

with offices at Three Embarcadero Center, Suite 2400 (street address),

San Francisco (city), California (state), 94111] (zip code),

415-248-2149 (area code + telephone number), myusa@polsinelli.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Imagekeeper, LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 05/15/2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court- Central District of CA | 10/31/2017 | 314563 |
| U.S. District Court- Eastern Districtof CA | 09/13/2017 | 314563 |
| U.S. District Court- Northern District of CA | 08/30/2017 | 314563 |
| U.S. District Court- Southern District of CA | 10/20/2017 | 314563 |
| U.S. District Court Eastern District of Wisconsin | 11/17/2017 | |
| U.S. District Court-District of Colorado | 01/03/2018 | |
| U.S. Court of Appeals for the Federal Circuit | 10/23/2018 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

The Bar Association of San Francisco and Asian American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF California )
)
COUNTY OF San Francisco )

Miya Yusa, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

__________ day of ____________________, ____________.

See Attached California Jurat

Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate H. Stan Johnson (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

375 E. Warm Springs Road, Ste. 104 (street address),

Las Vegas (city), Nevada (state), 89119 (zip code),

702-823-3500 (area code + telephone number), sjohnson@cohenjohnson.com (Email address).

**CALIFORNIA JURAT WITH AFFIANT STATEMENT** **GOVERNMENT CODE § 8202**

□ See Attached Document (Notary to cross out lines 1–6 below)
□ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_______________________________ _______________________________

*Signature of Document Signer No. 1* *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Francisco

SAMIR BOUREMA
Notary Public - California
San Francisco County
Commission # 2301791
My Comm. Expires Aug 17, 2023

*Place Notary Seal and/or Stamp Above*

Subscribed and sworn to (or affirmed) before me

on this 12th day of August, 2020,
by *Date* *Month* *Year*

(1) Miya Yusa

(and (2) ______________________________),

*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _______________________
*Signature of Notary Public*

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ______________________

Document Date: ______________________ Number of Pages: __________

Signer(s) Other Than Named Above: ______________________

©2017 National Notary Association

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) H. Stan Johnson as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Jerry Speasl
(party's signature)

ImageKeeper LLC, by Jerry Speasl, Manager
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

H. Stan Johnson
Designated Resident Nevada Counsel's signature

0265 sjohnson@cohenjohnson.com
Bar number Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE