**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IMAGEKEEPER LLC, a Nevada limited liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, Defendant. | Case No.: 2:20-CV-01470-GMN-VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Federal of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiff, IMAGEKEEPER LLC, certifies that there are no known interested parties other than those participating in the case.

Dated this 4th day of September, 2020.

COHEN JOHNSON LLC

*/s/ H. STAN JOHNSON*

STEVEN B. COHEN
scohen@cohenjohnson.com
H. STAN JOHNSON
sjohnson@cohenjohnson.com
COHEN JOHNSON LLC
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
T: 702.823.3500
F: 702.823.3400

COLBY B. SPRINGER (to be admitted PHV)
cspringer@polsinelli.com
BARRINGTON E. DYER (to be admitted PHV)
bdyer@polsinelli.com
TERI H.P. NGUYEN (to be admitted PHV)
thpnguyen@polsinelli.com
MIYA YUSA (to be admitted PHV)
myusa@polsinelli.com
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T: 415.248.2100
F: 415.248.2101

Attorneys for ImageKeeper, LLC