UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IMAGEKEEPER LLC, | CASE NO. 2:20-cv-01470-GMN-VCF |
| Plaintiff, | MINUTE ORDER |
| v. | DATE: September 14, 2020 |
| WRIGHT NATIONAL FLOOD INSURANCE SERVICES LLC, | |
| Defendant. | |

PRESENT:   THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: AARON BLAZEVICH   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

   **IT IS ORDERED** that a hearing is set for Wednesday, September 23, 2020, at 10:00 a.m. in LV Courtroom 7D before Judge Gloria M. Navarro.

   **IT IS FURTHER ORDERED** that the Public may access and listen to the Revocation Hearing as follows:

   *Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 (877) 402-9753 and provide Access Code 2843316#. You must mute your phone to avoid causing distractions during the hearing.*

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING**

   Video Instructions for scheduled hearings will be sent via email at least 30 minutes prior to the hearing at the participant's email provided to the Court.

///

**IT IS FURTHER ORDERED** that the following Video Conference Instructions must be adhered to as follows:

- Log on to the video conference five (5) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- Each time you speak, state your name for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
     Aaron Blazevich, Deputy Clerk