IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ImageKeeper LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>Wright National Flood Insurance Services, LLC, a Delaware limited liability company<br><br>Defendant. | Case No. 2:20-cv-01470-GMN-VCF<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

This Court, having considered Plaintiff ImageKeeper's Motion for Preliminary Injunction, finds that for the reasons set forth in the Declarations, (ECF Nos. 6, 42, 46), Plaintiff's verified complaint, and Plaintiff's aforementioned motion requesting said relief, that Plaintiff has demonstrated a need for preliminary injunctive relief. It appearing to the Court that the Plaintiff is likely to succeed on the merits of its DTSA and NUTSA claims, that they will suffer irreparable injury if the requested relief is not issued, that the Defendant will not be harmed if the requested relief is issued, and that public interest favors the entry of such an order, it is hereby ORDERED that:

1. Plaintiff's request for a preliminary injunction is GRANTED;
2. Defendant including its employees, officers, members, agents, attorneys, and representatives as well as any third-parties acting in concert with and at the direction of the Defendant and otherwise involving the subject matter of this dispute, be immediately restrained from, directly or indirectly, publicly releasing any confidential and proprietary information of ImageKeeper in any manner;

3. Defendant including its employees, officers, members, agents, attorneys, and representatives as well as any third-parties acting in concert with and at the direction of the Defendant and otherwise involving the subject matter of this dispute, be immediately restrained from sharing or disclosing login credential with unauthorized third-parties;

4. Defendant be tasked with ensuring that Evoke Technologies cease all involvement with ImageKeeper technology and to fully account, and ultimately, return any retained confidential information;

5. Defendant including its employees, officers, members, agents, attorneys, and representatives as well as any third-parties acting in concert with and at the direction of the Defendant and otherwise involving the subject matter of this dispute, be immediately restrained from, directly or indirectly, releasing any products or services using ImageKeeper's confidential information and proprietary technology;

6. Defendant including its employees, officers, members, agents, attorneys, and representatives as well as any third-parties acting in concert with and at the direction of the Defendant and otherwise involving the subject matter of this dispute, be immediately restrained from, directly or indirectly, using, offering, releasing, supporting, or marketing any products or software based on, or derived from, the ImageKeeper System, including the Wright Application;

7. Defendant including its employees, officers, members, agents, attorneys, and representatives as well as any third-parties acting in concert with and at the direction of the Defendant and otherwise involving the subject matter of this dispute, be immediately restrained from, directly or indirectly, engaging in any activities related to the planning, design, development, coding or creation of any software or products that uses, relies upon, is based on or discloses any of ImageKeeper's confidential, proprietary or trade secret information;

8. Defendant including its employees, officers, members, agents, attorneys, and representatives as well as any third-parties acting in concert with and at the direction

of the Defendant and otherwise involving the subject matter of this dispute, be prohibited from further breaching the Software Service Agreement with Plaintiff ImageKeeper, and be ordered to abide by the terms of the agreement;

9. Defendant including its employees, officers, members, agents, attorneys, and representatives as well as any third-parties acting in concert with and at the direction of the Defendant and otherwise involving the subject matter of this dispute, be prohibited from destroying internal evidence and communications regarding the development of Defendant's adjuster application and system.

IT IS SO ORDERED.

DATED this  23  day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT