1    F. Christopher Austin (Nevada Bar No. 6559)
     caustin@weidemiller.com
2    **WEIDE & MILLER, LTD.**
     10655 Park Run Drive, Suite 100
3    Las Vegas, NV 89144
     Telephone: (702) 382-4804
4    Facsimile: (702) 382-4805

5    *Attorney for Evoke Technologies*

6

7                          **UNITED STATES DISTRICT COURT**

                                **DISTRICT OF NEVADA**
8

9    IMAGEKEEPER, LLC, a Nevada limited          Case No.:  2:20-cv-01470-GMN-VCF
     liability company;
10                                               **STIPULATION AND ORDER FOR 30-**
                      Plaintiff,                 **DAY EXTENSION OF TIME TO**
11                                               **RESPOND TO COMPLAINT**
            v.
12                                                        **(First Request)**
     WRIGHT NATIONAL FLOOD INSURANCE
13   SERVICES, LLC, a Delaware limited liability
     Company, and EVOKE TECHNOLOGIES
14   PRIVATE LIMITED, an Ohio foreign
     corporation.
15
                      Defendant.
16

17          Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff IMAGEKEEPER, LLC, ("Plaintiff")

18   and Defendant EVOKE TECHNOLOGIES PRIVATE LIMITED ("Defendant"), by and through

19   their respective counsel of record, hereby stipulate and agree to a 30-day extension of time for

20   Defendant to respond to the Complaint, as follows:

21          Defendant only retained the undersigned Defense Counsel, F. Christopher Austin, of

22   Weide & Miller, Ltd., just a few days ago but has not yet had an opportunity to meaningfully

23   discuss the claims or underlying facts alleged in this matter.  Retention in this matter was also

24   further hampered by the fact that counsel was quarantined and unavailable until this week due to

25   having contracted Covid-19.

26          The parties have agreed to stipulate to a 30-day extension of time for Defendant to respond

27   to the Complaint to allow Defendant a reasonable time to review Plaintiff's Complaint, consult

28   with counsel, and prepare a response.  Accordingly, Defendant will have until December 21, 2020,

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-1211                                        1

1    to respond to the Complaint.

2         THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant's time

3    to answer or otherwise respond to Plaintiff's Complaint shall be extended to and including

4    Monday December 21, 2020.

5         Dated: November 19, 2020.

6

7    **POLSINELLI LLP**                          **WEIDE & MILLER, LTD.**

8    By: */s/ Colby B. Springer*                 By: */s/ F. Christopher Austin*
     Colby B. Springer, Esq. *(Pro Hac Vice)*    F. Christopher Austin, Esq.
9    Barrington E. Dyer, Esq. *(Pro Hac Vice)*   Nevada Bar No. 6559
     *Terih P. Nguyen,* Esq. *(Pro Hac Vice)*    caustin@weidemiller.com
10   *Miya Yusa,* Esq. *(Pro Hac Vice)*          10655 Park Run Drive, Suite 100
     cspringer@polsinelli.com                    Las Vegas, NV 89144
11   bdyer@polsinelli.com
     thpnguyen@polsinelli.com                    *Attorneys for Defendant*
12   myusa@polsinelli.com
     Three Embarcadero Center, Suite 2400
13   San Francisco, CA 94111

14   **COHEN JOHNSON LLC**

15   H. Stan Johnson, Esq.
16   Steven B. Cohen, Esq.
     sjohnson@cohenjohnson.com
17   scohen@cohenjohnson.com
     375 E. Warm Springs Road, Suite 104
18   Las Vegas, NV 89119

19   *Attorneys for Plaintiff*

20

21

22                                              **IT IS SO ORDERED:**

23                                              _____

24                                              UNITED STATES MAGISTRATE JUDGE

25                                              DATED: November 20, 2020.

26

27

28

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-1211                    2