F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Evoke Technologies Private Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, et al.,<br><br>    Defendant. | Case No.: 2:20-cv-01470-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT EVOKE TECHNOLOGIES MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiff Imagekeeper, LLC and Defendant Evoke Technologies Private Limited, by and through their respective counsel of record, Cohen Johnson LLC, on behalf of Plaintiff, and Weide & Miller, Ltd., on behalf of Defendant, specially appearing and without conceding personal jurisdiction or waiving any defenses, hereby agree and stipulate for an extension of time for Plaintiff to file their Response to Defendant Evoke Technologies Motion to Dismiss for Lack of Personal Jurisdiction from the current deadline of December 31, 2020, up to and including January 19, 2021. This is the first request by the parties for such an extension.

Counsel for the Parties met and conferred on December 30, 2020, to address Plaintiff's request that Defendant withdraw it pending Motion to Dismiss for Lack of Personal Jurisdiction ("Motion to Dismiss") (ECF No. 89) in light of the Court's recent Order (ECF No. 93) denying Plaintiff's Motion for and Order to Show Cause (the "Show Cause Motion") but finding based on the filings sufficient basis for personal jurisdiction over Defendant to reach the merits of the Show

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1232                    1

Cause Motion. Plaintiff seeks Defendant's immediate withdrawal of its Motion to Dismiss to avoid the need of otherwise filing an opposition to the same by tomorrow, December 31, 2020. Defendant's counsel offered in good faith to assess whether dismissal would be appropriate but noted that counsel would not have an opportunity to discuss the issues raised by Plaintiff's counsel with its client prior to Plaintiff's opposition deadline. The Parties thereupon agreed to extend the deadline for Plaintiff to respond to January 19, 2021, with the express understanding that Defendant would confirm by January 11, 2021, whether it would dismiss its Motion to Dismiss, potentially obviating the need for Plaintiff to respond to the same.

Good cause, therefore, exists for the Parties request to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss from December 31, 2020 to January 19, 2021.

DATED: December 30, 2020.

**IT IS SO AGREED AND STIPULATED:**

By: */s/ Colby B. Springer*
Colby B. Springer (*Admitted Pro Hac Vice*)
cspringer@polsinelli.com
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 248-2100

H. Stan Johnson (SBN 0265)
*sjohnson@cohenjohnson.com*
Steven B. Cohen (SBN 2327
*scohen@cohenjohnson.com*
**COHEN JOHNSON LLC**
375 E. Warm Springs Road, Ste. 104
Las Vegas, NV 89119
(702) 823-3500

*Attorneys for Plaintiff Imagekeeper, LLC*

By: */s/ F. Christopher Austin*
F. Christopher Austin, Esq. (SBN 6559)
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804

*Attorney for Defendant Evoke Technologies Private Limited*

**IT IS SO ORDERED.**

Dated this __30__ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1232

2