F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Evoke Technologies*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability company;<br><br>            Plaintiff,<br><br>    v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation.<br><br>            Defendant. | Case No.:  2:20-cv-01470-GMN-VCF<br><br>**STIPULATION AND ORDER FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff IMAGEKEEPER, LLC, ("Plaintiff") and Defendant EVOKE TECHNOLOGIES PRIVATE LIMITED ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to a 30-day extension of time for Defendant to respond to the Complaint, as follows:

Defendant has recently retained Greenberg Traurig, LLC as co-counsel to the undersigned Defense Counsel, F. Christopher Austin, of Weide & Miller, Ltd., just a few days ago but has not yet had an opportunity to meaningfully discuss the claims or underlying facts alleged in this matter.

The parties have agreed to stipulate to a 30-day extension of time for Defendant to respond to the Complaint to allow Defendant's new counsel a reasonable time to review Plaintiff's Complaint, consult with counsel, and prepare a response.  Accordingly, Defendant will have until February 10, 2021, to respond to the Complaint.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1237                                              1

THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant's time to answer or otherwise respond to Plaintiff's Complaint shall be extended to and including Wednesday, February 10, 2021.

Dated: January 19, 2021

**POLSINELLI LLP**

By: */s/ Colby B. Springer*
Colby B. Springer, Esq. *(Pro Hac Vice)*
Barrington E. Dyer, Esq. *(Pro Hac Vice)*
Terih P. Nguyen, Esq. *(Pro Hac Vice)*
Miya Yusa, Esq. *(Pro Hac Vice)*
cspringer@polsinelli.com
bdyer@polsinelli.com
thpnguyen@polsinelli.com
myusa@polsinelli.com
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111

**COHEN JOHNSON LLC**

H. Stan Johnson, Esq.
Steven B. Cohen, Esq.
sjohnson@cohenjohnson.com
scohen@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119

*Attorneys for Plaintiff*

**WEIDE & MILLER, LTD.**

By: */s/ F. Christopher Austin*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
caustin@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 20, 2021.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1237

2