H. STAN JOHNSON (SBN 0265)
STEVEN B. COHEN (SBN 2327)
COHEN JOHNSON LLC
375 E. Warm Springs Road, Ste. 104
Las Vegas, NV 89119
T:  702.823.3500
F:  702.823.3400
Email:  sjohnson@cohenjohnson.com
Email:  scohen@cohenjohnson.com

COLBY B. SPRINGER (*Admitted Pro Hac Vice*)
BARRINGTON E. DYER (*Admitted Pro Hac Vice*)
TERI H.P. NGUYEN (*Admitted Pro Hac Vice*)
MIYA YUSA (*Admitted Pro Hac Vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:  415.248.2100
F:  415.248.2101
Email:  cspringer@polsinelli.com
Email:  bdyer@polsinelli.com
Email:  thpnguyen@polsinelli.com
Email:  myusa@polsinelli.com

Attorneys for Plaintiff
IMAGEKEEPER, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability Company,<br><br>           Plaintiff,<br><br>      v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>           Defendants. | Case No. 2:20-cv-01470-GMN-VCF<br><br>**IMAGEKEEPER'S NOTICE OF EVOKE'S LACK OF STANDING IN RESPONSE TO EVOKE'S JOINDER TO WRIGHT FLOOD'S MOTION TO COMPEL TRADE SECRET DISCLOSURE FROM IMAGEKEEPER AND STAY OF DISCOVERY PENDING THE SAME** |

ImageKeeper LLC ("ImageKeeper") files this Notice in response to Evoke Technologies Private Limited's ("Evoke") Joinder to Wright National Flood Insurance Serivces, LLC's ("Wright Flood") Motion to Compel Trade Secret Disclosures from ImageKeeper and Stay of Discovery Pending the Same ("Motion") (Dkt. 110). The Court is requested to deny Evoke's Joinder for the following reasons.

*First*, Evoke is a separate party to Wright Flood's Interrogatory No. 1. Wright Flood's Motion seeks to compel further responses from ImageKeeper *only* on Wright Flood's Interrogatory No. 1. (Dkt. 110 at 13:22-23). Wright Flood served its First Set of Interrogatories in its own capacity and only listed itself as the propounding party. *See* Dkt. 110-1 (Heidtke Decl., Exhibit B (ImageKeeper's First Supplementary Responses). Evoke is not listed as a propounding party to Wright Flood's First Set of Interrogatories. As Evoke is not a propounding party to the underlying discovery at issue in Wright Flood's Motion, Evoke's Joinder to Wright Flood's Motion is improper.

*Second*, Evoke has not served discovery requests on ImageKeeper. The parties have not had any Rule 26 conference and ImageKeeper has also not served discovery requests on Evoke. Thus, discovery has yet to commence between ImageKeeper and Evoke. A plaintiff is not required to provide further trade secret disclosures before discovery commences. *Global Advanced Metals USA, Inc. v. Kemet Blue Powder Corp.*, 2012 WL 3884939, at *7 (D. Nev. Sept. 6, 2012). Likewise, ImageKeeper is not required to provide further trade secret disclosures to Evoke. Evoke's Joinder to compel discovery that has yet to commence is inappropriate.

In light of the foregoing, Evoke does not have standing to compel discovery to which Evoke is not privy of. ImageKeeper respectfully requests that the Court deny Evoke's Joinder to Wright Flood's Motion.

| | | |
|---|---|---|
| Dated:  February 17, 2021 | | Respectfully Submitted, |
| | | POLSINELLI LLP |

*/s/ Colby B. Springer*
By:  Colby B. Springer (*Admitted Pro Hac Vice*)
Barrington E. Dyer (*Admitted Pro Hac Vice*)
Teri H.P. Nguyen (*Admitted Pro Hac Vice*)
Miya Yusa (*Admitted Pro Hac Vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:  415.248.2100
F:  415.248.2101
Email:  cspringer@polsinelli.com
Email:  bdyer@polsinelli.com
Email:  thpnguyen@polsinelli.com
Email:  myusa@polsinelli.com

H. Stan Johnson (SBN 0265)
Steven B. Cohen (SBN 2327)
COHEN JOHNSON LLC
375 E. Warm Springs Road, Ste. 104
Las Vegas, NV 89119
T:  702.823.3500
F:  702.823.3400
Email:  sjohnson@cohenjohnson.com
Email:  scohen@cohenjohnson.com

Attorneys for Plaintiff
IMAGEKEEPER, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States and a resident of the State of California. I am over the age of 18 years and not a party to the within action. My business address is Polsinelli LLP, Three Embarcadero Center, Suite 2400, San Francisco, CA 94111. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On February 17, 2021, I served the following documents in the manner described below:

**IMAGEKEEPER'S NOTICE OF EVOKE'S LACK OF STANDING IN RESPONSE TO EVOKE'S JOINDER TO WRIGHT FLOOD'S MOTION TO COMPEL TRADE SECRET DISCLOSURE FROM IMAGEKEEPER AND STAY OF DISCOVERY PENDING THE SAME**

☒    BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy on designated recipients through Polsinelli LLP's electronic mail system from mortiz@polsinelli.com as provided under Federal Rules of Civil Procedure to the email addresses set forth below:

| | |
|---|---|
| Dominica C. Anderson<br>dcanderson@duanemorris.com<br>Daniel B. Heidtke<br>dbheidtke@duanemorris.com<br>DUANE MORRIS LLP<br>100 N. City Parkway, Ste. 1560<br>Las Vegas, NV 89106-4617<br>T:  702.868.2600<br>F:  702.385.6862<br><br>Terry W. Ahearn<br>D. Stuart Bartow<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Email:  twahearn@duanemorris.com<br>Email:  dsbartow@duanemorris.com<br><br>**ATTORNEYS FOR DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC** | F. Christopher Austin<br>caustin@weidemiller.com<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Ste. 100<br>Las Vegas, NV 89144<br>T:  702-382-4804<br>F:  702-382-4805<br><br>Donald L. Prunty (NBN 8230)<br>Bethany L. Rabe (NBN 11691)<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Tel:  702-792-3773<br>Fax:  702-792-9002<br>Email:  pruntyd@gtlaw.com<br>Email:  rabeb@gtlaw.com<br><br>**ATTORNEYS FOR DEFENDANT EVOKE TECHNOLOGIES PRIVATE LIMITED** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 17, 2021, at San Jose, California.

By: */s/ Marilyn Ortiz*
Marilyn Ortiz