# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IMAGEKEEPER, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC,<br><br>    Defendants. | 2:20-cv-01470-GMN-VCF<br><br>**ORDER** |

  Before the court are Evoke Technologies Private Limited's Submission Of [Proposed] Protective Order (ECF No. 129), Notice of Submission of [Proposed] Protective Order by ImageKeeper, LLC (ECF No. 130), and NOTICE of Submission of [Proposed] Stipulated Protective Order by Wright National Flood Insurance Services LLC (ECF No. 131).

  These filings reflect a good faith effort by the parties and counsel to reach an agreement on a complex protective order. Only two issues remain:

  1. The scope of the patent prosecution bar (Section 11), and
  2. Secure and efficient procedures for experts to review computer code (Section 12 and ECF No. 130-2).

  Accordingly,

  IT IS HEREBY ORDERED that a video conference hearing on Evoke Technologies Private Limited's Submission Of [Proposed] Protective Order (ECF No. 129), Notice of Submission of [Proposed] Protective Order by ImageKeeper, LLC (ECF No. 130), and NOTICE of Submission of [Proposed] Stipulated Protective Order Wright National Flood Insurance Services LLC (ECF No. 131), is scheduled for 3:00 PM, March 4, 2021.

  IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video

conference hearing by noon, March 3, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 18th day of February, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE