F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Evoke Technologies*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability company;<br><br>                   Plaintiff,<br><br>     v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation.<br><br>                   Defendant. | Case No.: 2:20-cv-01470-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A PROPOSED PROTECTIVE ORDER**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff IMAGEKEEPER, LLC, ("ImageKeeper") and Defendants EVOKE TECHNOLOGIES PRIVATE LIMITED ("Evoke") and WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC ("Wright National"), by and through their respective counsel of record, hereby stipulate and agree to a one-week extension of time for the Parties to file a Proposed Protective Order. This is the first requested extension.

On March 15, 2021 the Court issued a Minutes of Proceedings (ECF 137) indicating that the deadline to file a final agreed Protective Order is March 18, 2021. In response to this Minute Order the Parties worked in good faith to reach agreement on the language of a proposed protective order. The Parties have reached agreement on all issues except the protocol for designees of the respective Parties to access and review the respective confidential source code of the Parties. To assist in fashioning such a protocol, the Parties have agreed to consult with third-party vendors who provide services purported to securely provide efficient review of such confidential source code. However, the Parties have not had time to jointly engage in such

fca-w-1268                                                              1

consultations prior to the current deadline and are, therefore, requesting an additional week to do so.  Accordingly, the Parties represent there is good cause for the requested extension.

THEREFORE, Plaintiff and Defendant hereby stipulate and agree that the deadline to file a Proposed Protective Order shall be extended to and including Thursday, March 25, 2021.

Dated: March 17, 2021.

**IMAGEKEEPER**

By: */s/ Barrington E. Dyer*
Colby B. Springer (*Pro Hac Vice*)
Barrington E. Dyer (*Pro Hac Vice*)
Terih P. Nguyen (*Pro Hac Vice*)
Miya Yusa (*Pro Hac Vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
cspringer@polsinelli.com
bdyer@polsinelli.com
thpnguyen@polsinelli.com
myusa@polsinelli.com

H. Stan Johnson, Esq.
Steven B. Cohen, Esq.
COHEN JOHNSON LLC
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
sjohnson@cohenjohnson.com
scohen@cohenjohnson.com

*Attorneys for Plaintiff ImageKeeper, LLC*

**WRIGHT NATIONAL FLOOD**

*/s/ Terry W. Ahearn*
Terry W. Ahearn (*Pro Hac Vice*)
D. Stuart Bartow (*Pro Hac Vice*)
DUANE MORRIS LLC
2475 Hanover Street
Palo Alto, CA 94304-1194
twahearn@duanemorris.com
dsbartow@duanemorris.com

Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
dcanderson@duanemorris.com
dbheidtke@duanemorris.com

*Attorneys for Defendant Wright National Flood Insurance Services, LLC*

**EVOKE TECHNOLOGIES**

By: */s/ F. Christopher Austin*
F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
caustin@weidemiller.com

Donald L. Prunty (SBN 8230)
Bethany L. Rabe (SBN 11691)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
pruntyd@gtlaw.com
rabeb@gtlaw.com

*Attorneys for Defendant Evoke Technologies Private Limited*
_____.

**IT IS SO ORDERED.**
_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-18-2021

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1268

2