H. STAN JOHNSON (SBN 0265)
STEVEN B. COHEN (SBN 2327)
COHEN JOHNSON LLC
375 E. Warm Springs Road, Ste. 104
Las Vegas, NV 89119
T: 702.823.3500
F: 702.823.3400
Email: sjohnson@cohenjohnson.com
Email: scohen@cohenjohnson.com

COLBY B. SPRINGER (*Admitted Pro Hac Vice*)
BARRINGTON E. DYER (*Admitted Pro Hac Vice*)
TERI H.P. NGUYEN (*Admitted Pro Hac Vice*)
MIYA YUSA (*Admitted Pro Hac Vice*)
MELENIE VAN (*Admitted Pro Hac Vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T: 415.248.2100
F: 415.248.2101
Email: cspringer@polsinelli.com
Email: bdyer@polsinelli.com
Email: thpnguyen@polsinelli.com
Email: myusa@polsinelli.com
Email: mvan@polsinelli.com

Attorneys for Plaintiff
IMAGEKEEPER, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>Defendants. | Case No. 2:20-cv-01470-GMN-VCF<br><br>**DECLARATION OF MIYA YUSA IN SUPPORT OF PLAINTIFF IMAGEKEEPER, LLC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC** |

I, Miya Yusa, declare:

1. I am an attorney at the law firm of Polsinelli LLP, attorneys for Plaintiff ImageKeeper, LLC ("ImageKeeper"). I am admitted *pro hac vice* in this matter. I am otherwise licensed to practice law in the State of California. I make this declaration in support of ImageKeeper's Motion to Compel Discovery from Defendant Wright National Flood Insurance Services, LLC ("Wright Flood"). The facts set forth in this declaration are true of my own personal knowledge and, if called upon to do so, I could and would competently testify thereto.

2. Counsel for the parties held a telephonic meet and confer on February 12, 2021 regarding Wright Flood's withholding of all discovery requested by ImageKeeper. Dkt. 125 at ¶ 13-14. Wright Flood's counsel agreed to reevaluate its position and let ImageKeeper know by February 17, 2021 whether or not it will provide substantive responses and to which discovery requests. *Id.* On February 17, 2021, Wright Flood's counsel informed ImageKeeper that Wright Flood agrees to supplement the outstanding discovery requests except for Request for Production 1, 5-10, 12-20, 27-28, 30-31, 35-42, 44-45, 48, and 67, and Interrogatory Nos. 4 and 5. Wright Flood asserted that these "expressly request information about the Wright App" and were, therefore, subject to its pending motion to compel and motion to stay discovery.

3. Nearly a month later, on March 12, 2021, Wright Flood finally made an initial production: a single, non-searchable PDF with no metadata contrary to the ESI order in this action (Dkt. 100); that "block" PDF consisted of nine documents, a set of invoices from ImageKeeper and a limited number of email discussions regarding those invoices.

4. On the afternoon of April 7, Wright Flood made a second production but did not update its responses to ImageKeeper's requests for production.

1
DECLARATION OF MIYA YUSA ISO IMKP'S MTC DISCOVERY FROM WF

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and this declaration was made this 8th day of April, 2021 in San
3  Francisco, California.

*/s/ Miya Yusa*
Miya Yusa

## CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Polsinelli LLP, Three Embarcadero Center, Ste. 2400, San Francisco, CA 94111. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On April 8, 2021, I served the following document (s) in the manner described below:

- **DECLARATION OF MIYA YUSA IN SUPPORT OF PLAINTIFF IMAGEKEEPER, LLC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC**

☒  BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through Polsinelli LLP's electronic mail system from mortiz@polsinelli.com to the email addresses set forth below.

| | |
|---|---|
| Dominica C. Anderson<br>dcanderson@duanemorris.com<br>Daniel B. Heidtke<br>dbheidtke@duanemorris.com<br>DUANE MORRIS LLP<br>100 N. City Parkway, Ste. 1560<br>Las Vegas, NV 89106-4617<br>T:  702.868.2600<br>F:  702.385.6862<br><br>Terry W. Ahearn<br>D. Stuart Bartow<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Email:  twahearn@duanemorris.com<br>Email:  dsbartow@duanemorris.com<br><br>**ATTORNEYS FOR DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC** | F. Christopher Austin<br>caustin@weidemiller.com<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Ste. 100<br>Las Vegas, NV 89144<br>T:  702-382-4804<br>F:  702-382-4805<br><br>**ATTORNEYS FOR DEFENDANT EVOKE TECHNOLOGIES PRIVATE LIMITED** |

1 | I declare under penalty of perjury under the laws of the State of California that the
2 | foregoing is true and correct.  Executed on April 8, 2021, at San Jose, California.

By: */s/ Marilyn Ortiz*
Marilyn Ortiz