1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

7    IMAGEKEEPER LLC,

8                        Plaintiff,

9    vs.

10

11   WRIGHT NATIONAL FLOOD INSURANCE
     SERVICES LLC, *et al*.,

12                       Defendants.

2:20-cv-01470-GMN-VCF

**ORDER**

MOTION TO COMPEL ADEQUATE TRADE
SECRET DISCLOSURES [ECF NO. 110];
MOTION TO COMPEL DISCOVERY [ECF NO.
151]; JOINT STATUS REPORT [ECF NO. 156]

13
14           Before the Court is the joint status report pursuant to the minute order dated April 21, 2021 (See

15   ECF Nos. 155 and 156). The parties met and conferred to address issues arising out of Wright Flood's

16   motion to compel (ECF No. 110) and ImageKeeper's motion to compel (ECF No. 151). The Court

17   grants both motions to compel in part (ECF Nos. 110 and 151) and resolves the outstanding issue in the

     joint status report (ECF No. 156).

18           The Court heard arguments regarding Wright Flood's motion to compel on March 18, 2021.

19   (ECF No. 144). At that hearing, the Court asked the parties to meet and confer regarding possibly

20   appointing a special master with specific technical knowledge for a limited purpose. (*Id*.) The parties

21   were unable to reach an agreement and submitted competing proposals for the Court's consideration:

22   The Court then held another hearing to discuss the proposals. (ECF No. 154).

23           The Court's original concept of receiving assistance from a special master to evaluate the

24   comparable completeness of disclosures, which would amount to simultaneous discovery responses, has

25

1

proved to be impractical. It will not be an efficient use the parties or the Court's time and resources to proceed with that idea. The Court resolves these motions now based on the parties' briefing and the representations the parties made at the hearings. The Court grants the motions to compel in part.

The Court holds that:

1.  ImageKeeper must supplement the detail of its trade secrets identified in response to Wright Flood Interrogatory No. 1 on or before May 21, 2021.

2.  ImageKeeper will not be permitted to expand the scope of or increase the number of the seven categories of trade secrets set forth in its supplemental response to Interrogatory No. 1.

3.  ImageKeeper will not be permitted to materially alter the details of its trade secrets disclosed in its supplemental response to Interrogatory No. 1.

4.  Concurrent with the service of the supplemental response to Interrogatory No. 1, Wright Flood must produce those documents in its possession that are currently being withheld based on Wright Flood's position that ImageKeeper's response to Interrogatory No. 1 was deficient.

Accordingly,

IT IS ORDERED that the Motions to Compel, ECF Nos. 110 and 151 are GRANTED IN PART as set forth in this Order. The motions are DENIED in all other respects.

IT IS FURTHER ORDERED that ImageKeeper has until May 21, 2021 to supplement the detail of its trade secrets identified in response to Wright Flood Interrogatory No. 1.

IT IS FURTHER ORDERED that Wright Flood must concurrently produce the documents in its possession that it withheld based on the position that ImageKeeper's response to Interrogatory No. 1 was deficient.

DATED this 30th day of April 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2