DOMINICA C. ANDERSON (SBN: 2988)
DANIEL B. HEIDTKE (SBN 12975)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: 702.868.2600
Facsimile:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
         dbheidtke@duanemorris.com

TERRY W. AHEARN (admitted *pro hac vice*)
D. STUART BARTOW (admitted *pro hac vice*)
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
E-Mail:  twahearn@duanemorris.com
         dsbartow@duanemorris.com

Attorneys for Defendant
*Wright National Flood Insurance Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware Limited Liability Company, EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>Defendants. | Civil Action No.: 2:20-cv-01470-GMN-VCF<br><br>**WRIGHT FLOOD'S NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO WRIGHT FLOOD'S MOTION TO DISMISS (ECF NO. 75)** |

Defendant Wright National Flood Insurance Services, LLC ("Wright Flood"), by and through its counsel, hereby provide notice of supplemental authority relevant to Wright Flood's motion to dismiss (ECF No. 75).  On June 3, 2021, the United States Supreme Court issued its opinion in *Van Buren v. United States,* 593 U.S. ____ (2021), which concerns the Computer Fraud and Abuse Act of 1986 ("CFAA").

Count 6 of Plaintiff ImageKeeper LLC's ("ImageKeeper") first amended complaint (ECF No. 67) purports to assert a cause of action under the CFAA.  Among other reasons, Wright Flood moved

to dismiss ImageKeeper's because, as explained in Wright Flood's motion to dismiss, "[i]n the Ninth Circuit, 'exceed authorization' claims brought under the CFAA and the SCA 'require some showing that defendants are 'inside hackers' who accessed unauthorized information or files.'" (ECF No. 75, p. 14 [quoting *Ticketmaster* 306 F. Supp. 3d 1176; *United States v. Nosal,* 676 F.3d 854, 863 (9th Cir. 2012)].) Wright Flood contends that ImageKeeper failed to plead any such "inside hacker" allegations. And, "[t]he 'phrase "exceeds authorized access" in the CFAA does not extend to violations of use restrictions.'" (*Id.* [quoting *Nosal*, 676 F.3d at 863].)

*Van Buren* confirms that "exceeds authorized access" under the CFAA requires a showing that an individual "accesse[d] a computer with authorization but then obtain[ed] information located in particular areas of the computer—such as files, folders, or databases—that are off limits to him."

DATED: June 18, 2021                    DUANE MORRIS LLP

                                        By:   */s/ Terry W. Ahearn*
                                              TERRY W. AHEARN (admitted *pro hac vice*)
                                              DOMINICA C. ANDERSON (SBN 2988)
                                              DANIEL B. HEIDTKE (SBN 12975)

                                              *Attorneys for Defendant*

**PROOF OF SERVICE**

I hereby certify that I am a citizen of the United States. I am over the age of eighteen years and not a party to the within entitled action; my business address is 2475 Hanover Street, Palo Alto, CA 94304.

On June 18, 2021, I served the document described as **WRIGHT FLOOD'S NOTICE OF SUPPLEMENTAL AUTHORITY** on the interested party(ies) in this action:

H. STAN JOHNSON (SBN 0265)
STEVEN B. COHEN (SBN 2327)
COHEN JOHNSON LLC

COLBY B. SPRINGER
BARRINGTON E. DYER
TERI H.P. NGUYEN
MIYA YUSA
POLSINELLI LLP
Attorneys for Plaintiff IMAGEKEEPER, LLC

F. Christopher Austin
caustin@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Ste. 100
Las Vegas, NV 89144
T: 702-382-4804
F: 702-382-4805

Attorneys for Defendant Evoke

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

☐ **BY FEDERAL EXPRESS:** I served said document(s) to be delivered on the same day to a courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

/s/ Andrew Hanna
Andrew Hanna
An employee of DUANE MORRIS LLP