H. STAN JOHNSON (SBN 0265)
STEVEN B. COHEN (SBN 2327)
COHEN JOHNSON LLC
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
T:  702.823.3500
F:  702.823.3400
Email:  sjohnson@cohenjohnson.com
Email:  scohen@cohenjohnson.com

COLBY B. SPRINGER (admitted *pro hac vice*)
MIYA YUSA (admitted *pro hac vice*)
MELENIE VAN *(*admitted *pro hac vice)*
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:  415.248.2100
F:  415.248.2101
Email:  cspringer@polsinelli.com
Email:  myusa@polsinelli.com
Email:  mvan@polsinelli.com

MICHAEL P. DULIN (admitted *pro hac vice*)
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
T:  303.572.9300
F:  303.572.7883
Email:  mdulin@polsinelli.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability Company,<br><br>            Plaintiff,<br><br>     v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>            Defendants. | Case No. 2:20-cv-01470-GMN-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING TO AMEND THE SCHEDULING ORDER** |

Pursuant to Civil Local Rules IA 6-1 and 7-1, Plaintiff ImageKeeper, LLC ("Plaintiff" or "ImageKeeper") and Defendants Wright National Flood Insurance Services, LLC ("Wright Flood") and Evoke Technologies Private Limited ("Evoke") (collectively the "Parties") hereby stipulate and respectfully request to amend the Scheduling Order (ECF. 186) in this matter.

The Parties are currently taking depositions of fact witnesses, which include the principals of Plaintiff in Las Vegas, Nevada on February 22 and 23, 2022. Fact depositions will continue with Defendant Wright Flood witnesses in the Tampa, Florida, area commencing the week of March 7, 2022. The depositions of Defendant Evoke are not expected to occur until late March 2022. A subpoenaed non-party / third-party witness will not be available until late March and following production of related documents. The depositions are occurring in good faith and subject to the availability of counsel and witnesses, which are negotiated amongst three parties versus the 'traditional' two. The parties are also taking depositions in person, which encompasses travel and other logistical arrangements.

In addition, the parties document production continues. Defendant Evoke has indicated that it anticipates producing approximately 10,000 documents in the late February and early March time frame. Plaintiff ImageKeeper produced 2,389 documents on February 1, 2022. And Defendant Wright Flood produced 20 additional documents on February 22, 2022. The Parties are making these productions in good faith and without the need for adversarial motion practice.

The current schedule anticipates a pre-trial order but for the submission of motions for summary judgment. At least one summary judgment motion will be lodged by at least one party in the action. The lodging of a motion for summary judgment will moot the currently scheduled pre-trial order and related conference deadlines pursuant to the local rules.

Given (a) any active deadlines will effectively be removed from the Court's calendar by virtue of one or more motions for summary judgment by one or more of the parties, (b) the need to complete the review of ongoing document productions, (c) the need to complete third-party discovery with professional courtesies typically extended to non-party / third-parties, and (d) the need to complete depositions of fact, third-party witnesses, and ultimately expert witnesses before the next current deadline (issuance of opening Expert Reports on March 22, 2022), the

1  Parties request an amendment to the schedule as set forth below.  This amendment is sought
2  jointly, for good cause, and to allow for the orderly progression of the current action.  No
3  unnecessary delay is at issue.
4      The Parties have previously requested an amendment to the scheduling order on
5  March 15, 2021. The Court entered the Scheduling Order on March 16, 2021 (ECF. No. 141 at
6  15). The Court modified the scheduling order on October 12, 2021 (ECF. No. 175). The Parties
7  requested another amendment to the scheduling order on December 1, 2021. The Court entered
8  the amended Scheduling Order on December 3, 2021 (ECF. No. 186).
9      **WHEREFORE,** in accordance with Civil L.R. IA 6-1 and 7-1, the undersigned parties
10 respectfully request that the Court approve the present stipulation as follows:

| ACTION ITEM | OLD DEADLINE (ECF NO. 186) | NEW DEADLINE REQUESTED |
|---|---|---|
| Discovery Cut-Off Date LR 26-1(b)(1) | June 13, 2022 | August 12, 2022 |
| Opening Expert Report LR 26-1(b)(3) | March 22, 2022 | May 21, 2022 |
| Rebuttal-Expert Report LR 26-1(b)(3) | May 23, 2022 | July 22, 2022 |
| Dispositive Motions LR 26-1(b)(4) | July 20, 2022 | September 19, 2022[1] |

21     **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

---

[1] The Court's decision on one or more summary judgment motions will then trigger the setting of a new pre-trial conference order in accordance with the local rules.

1  Dated: February 25, 2022      Respectfully Submitted,

By:   */s/ Colby B. Springer*
      H. Stan Johnson (SBN 0265)
      Steven B. Cohen (SBN 2327)
      COHEN-JOHNSON LLC
      375 E. Warm Springs Road, Suite 104
      Las Vegas, NV 89119
      T:  702.823.3500
      F:  702.823.3400
      Email:  sjohnson@cohenjohnson.com
      Email:  scohen@cohenjohnson.com

      Colby B. Springer (Admitted *Pro Hac Vice*)
      Miya Yusa (Admitted *Pro Hac Vice*)
      Melenie Van *(*Admitted *Pro Hac Vice)*
      POLSINELLI LLP
      Three Embarcadero Center, Suite 2400
      San Francisco, CA 94111
      T:  415.248.2100
      F:  415.248.2101
      Email:  cspringer@polsinelli.com
      Email:  myusa@polsinelli.com
      Email: mvan@polsinelli.com

      Michael P. Dulin (Admitted *Pro Hac Vice*)
      POLSINELLI PC
      1401 Lawrence Street, Suite 2300
      Denver, CO 80202
      T:  303.572.9300
      F:  303.572.7883
      Email:  mdulin@polsinelli.com

      Attorneys for Plaintiff
      IMAGEKEEPER, LLC

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED \_\_\_3-1-2022_____

3
JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

DM1\12898180.2

1
2
3     By:  /s/ Terry W. Ahearn
           Terry W. Ahearn (*Admitted Pro Hac Vice*)
           twahearn@duanemorris.com
4          D. Stuart Bartow (*Admitted Pro Hac Vice*)
           dsbartow@duanemorris.com
5          **DUANE MORRIS LLP**
           2475 Hanover Street
6          Palo Alto, CA 94304-1194
7          T:  650-847-4150

8          Dominica C. Anderson (NSB #2988)
           dcanderson@uanemorris.com
9          Daniel B. Heidtke (NSB #12975)
           dbheidtke@duanemorris.com
10         **DUANE MORRIS LLP**
           100 N. City Parkway, Ste. 1560
11         Las Vegas, NV 89106-4617
12         T:  702-868-2600
           F:  702-385-6862
13
           Attorneys for Defendant
14         WRIGHT NATIONAL FLOOD
           INSURANCE SERVICES, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

DM1\12898180.2

1
2
3
4   By:  */s/ Glenn F. Meier*
        Donald L. Prunty (NSB #008230)
5       pruntyd@gtlaw.com
        Glenn F. Meier (NSB #006950)
6       meierg@gtlaw.com
        Bethany L. Rabe (NSB #011691)
7       rabeb@gtlaw.com
        **GREENBERG TRAURIG, LLP**
8       10845 Griffith Peak Drive, Ste. 600
        Las Vegas, Nevada 89135
9       T:  702-792-3775
        F:  702-792-9002
10
11      F. Christopher Austin (NBN 006559)
        caustin@weidemiller.com
12      **WEIDE & MILLER, LTD.**
        10655 Park Run Drive, Ste. 100
13      Las Vegas, NV 89144
        T:  702-382-4804
14
        Attorneys for Defendant
15      EVOKE TECHNOLOGIES PRIVATE
        LIMITED
16
17
18
19
20
21
22
23
24
25
26
27
28

5
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Polsinelli LLP, Three Embarcadero Center, Suite 2400, San Francisco, CA 94111. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On February 25, 2022, I served the following document (s) in the manner described below:

- **JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING TO AMEND THE SCHEDULING ORDER**

☒ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Polsinelli LLP's electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Dominica C. Anderson<br>dcanderson@duanemorris.com<br>Daniel B. Heidtke<br>dbheidtke@duanemorris.com<br>DUANE MORRIS LLP<br>100 N. City Parkway, Ste. 1560<br>Las Vegas, NV 89106-4617<br>T:  702.868.2600<br>F:  702.385.6862<br><br>Terry W. Ahearn<br>D. Stuart Bartow<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Email:  twahearn@duanemorris.com<br>Email:  dsbartow@duanemorris.com<br><br>**ATTORNEYS FOR DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC** | F. Christopher Austin<br>caustin@weidemiller.com<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Ste. 100<br>Las Vegas, NV 89144<br>T:  702-382-4804<br>F:  702-382-4805<br><br>Donald L. Prunty (NBN 8230)<br>Bethany L. Rabe (NBN 11691)<br>Glenn F. Meier (NBN 006950)<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Tel:  702-792-3773<br>Fax:  702-792-9002<br>Email:  pruntyd@gtlaw.com<br>Email:  rabeb@gtlaw.com<br>Email:  meierg@gtlaw.com<br><br>**ATTORNEYS FOR DEFENDANT EVOKE TECHNOLOGIES PRIVATE LIMITED** |

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.  Executed on February 25, 2022, at San Francisco, California.
3
4
5                                                          By:  */s/ Catherine Schmitz*
                                                                Catherine Schmitz
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
CERTIFICATE OF SERVICE

DM1\12898180.2