DOMINICA C. ANDERSON (SBN: 2988)
DANIEL B. HEIDTKE (SBN 12975)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Tele: 702.868.2600; Fax: 702.385.6862
E-Mail: dcanderson@duanemorris.com
         dbheidtke@duanemorris.com

TERRY W. AHEARN (admitted *pro hac vice*)
D. STUART BARTOW (admitted *pro hac vice*)
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
E-Mail: twahearn@duanemorris.com
         dsbartow@duanemorris.com

JORDANA A. GARELLEK (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
E-mail:   JGarellek@duanemorris.com

BRIANNA M. VINCI (admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
E-mail:   BVinci@duanemorris.com

Attorneys for Defendant
*Wright National Flood Insurance Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IMAGEKEEPER LLC, a Nevada Limited Liability Company,<br><br>             Plaintiff,<br><br>      v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware Limited Liability Company,<br><br>             Defendant. | Civil Action No.: 2:20-cv-01470-CDS-VCF<br><br>**DECLARATION OF JORDANA A. GARELLEK IN SUPPORT OF DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADEQUATELY DISCLOSE TRADE SECRETS** |

I, Jordana A. Garellek, declare:

1. I am an attorney with the law firm of Duane Morris LLP, attorneys for Defendant Wright National Flood Insurance Services, LLC ("Wright Flood"). I am an attorney at law admitted *pro hac vice* in this matter. I am otherwise licensed to practice law in the states of New York and New Jersey. The facts set forth in this declaration are true of my own personal knowledge and, if called upon to do so, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the September 23, 2020 hearing transcript on the Motion for Preliminary Injunction, ECF No. 2.

3. Attached as **Exhibit B** is a true and correct copy of Plaintiff ImageKeeper, LLC's Second Supplemental Response to Wright Flood's Interrogatory No. 1 reproduced in Plaintiff ImageKeeper, LLC's Fourth Supplemental Responses and Objections to Wright Flood's First Set of Interrogatories.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the deposition transcript of Michael Patterson dated February 22, 2022.

5. Attached as **Exhibit D** is a true and correct copy of Plaintiff ImageKeeper, LLC's Responses and Objections to Defendant Wright National Flood Insurance Services, LLC's Second Set of Interrogatories (9-11).

6. Attached as **Exhibit E** is a true and correct copy of the documents cited in Plaintiff ImageKeeper, LLC's Second Supplemental Response to Wright Flood's Interrogatory No. 1.

7. Attached as **Exhibit F** is a true and correct copy of Plaintiff ImageKeeper, LLC's First Supplemental Response to Wright Flood's Interrogatory No. 2 reproduced in Plaintiff ImageKeeper, LLC's Fourth Supplemental Responses and Objections to Wright Flood's First Set of Interrogatories.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of April, 2022.

*/s/ Jordana A. Garellek*
Jordana A. Garellek

# PROOF OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in Clark County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 2475 Hanover Street, Palo Alto, CA 93404

On April 27, 2022, I served the document described as **DECLARATION OF JORDANA A. GARELLEK IN SUPPORT OF DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADEQUATELY DISCLOSE TRADE SECRETS** on the interested party(ies) in this action:

H. Stan Johnson, Esq.
Steven B. Cohen, Esq.
COHEN JOHNSON LLC
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
Tel: 702-823-3500
Fax: 702-823-3400
Email: sjohnson@cohenjohnson.com
Email: scohen@cohenjohnson.com

Donald L. Prunty
Glenn F. Meier
Bethany L. Rabe
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Tel: 702.792.3773
Fax: 702.792.9002
Email: pruntyd@gtlaw.com
Email: meierg@gtlaw.com
Email: rabeb@gtlaw.com

Colby B. Springer, Esq.
Miya Yusa, Esq.
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: 415.248.2100
Fax: 415.247.2101
Email: cspringer@polsinelli.com
Email: myusa@polsinelli.com

F. Christopher Austin
WEIDE & MILLER, LTD.
10655 Park Run Drive, Ste. 100
Las Vegas, NV 89144
Tel: 702.382.4804
Fax: 702.382.4805
Email: caustin@weidemiller.com

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

☐ **BY FEDERAL EXPRESS:** I served said document(s) to be delivered on the same day to a courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

/s/ Andrew Hanna
_____
An employee of DUANE MORRIS LLP