```
 1  H. STAN JOHNSON (SBN 0265)
    STEVEN B. COHEN (SBN 2327)
 2  COHEN-JOHNSON LLC
    375 E. Warm Springs Road, Suite 104
 3  Las Vegas, NV 89119
    T:  702.823.3500
 4  Email:  sjohnson@cohenjohnson.com
    Email:  scohen@cohenjohnson.com
 5
    COLBY B. SPRINGER (admitted pro hac vice)
 6  MIYA YUSA (admitted pro hac vice)
    MELENIE VAN (admitted pro hac vice)
 7  POLSINELLI LLP
    Three Embarcadero Center, Suite 2400
 8  San Francisco, CA 94111
    T:  415.248.2100
 9  Email:  cspringer@polsinelli.com
    Email:  myusa@polsinelli.com
10  Email:  mvan@polsinelli.com

11  MICHAEL P. DULIN (admitted pro hac vice)
    POLSINELLI PC
12  1401 Lawrence Street, Suite 2300
    Denver, CO 80202
13  T:  303.572.9300
    Email:  mdulin@polsinelli.com
14
    Attorneys for Plaintiff
15  IMAGEKEEPER, LLC
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability Company,<br><br>           Plaintiff,<br>    v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>           Defendants. | Case No. 2:20-cv-01470-CDS-VCF<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF IMAGEKEEPER, LLC TO RESPOND TO DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT [DKT. NO. 218]**<br><br>**[FIRST REQUEST]** |

1  Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff ImageKeeper, LLC ("Plaintiff") and
2  Defendant Wright National Flood Insurance Services, LLC ("Defendant"), (collectively the
3  "Parties"), by and through their counsel of record, hereby stipulate and respectfully request an
4  order for an extension of time for Plaintiff to respond to Defendant's Motion for Summary
5  Judgment for Failure to Adequately Disclose Trade Secrets (Dkt. No. 218) ("Motion for
6  Summary Judgment") filed on April 27, 2022.
7  This is the first stipulation requesting an extension of time to respond to Defendant's
8  Motion for Summary Judgment.  The Parties are taking four depositions of fact witnesses
9  between May 9, 2022 and May 12, 2022. In addition, counsel for Plaintiff, Polsinelli LLP, is
10 having its annual attorney retreat May 11-14, 2022.  The depositions and retreat include out of
11 state travel for the attorneys in this case. The current deadline for Plaintiff to respond to
12 Defendant's Motion for Summary Judgment is May 18, 2022.  Plaintiff has requested, and
13 Defendant has agreed, to stipulate to an extension of two weeks up to and including June 1, 2022
14 for Plaintiff to respond to Defendant's Motion for Summary Judgment. The Parties also agree
15 that Defendant's reply to Plaintiff's response will be extended an additional week up to and
16 including June 22, 2022.
17 The extension to the deadline for Plaintiff to respond to Defendant's Motion for
18 Summary Judgment will not affect any other deadlines or hearing dates in this action.
19 **WHEREFORE**, the undersigned parties respectfully request that the Court approve the
20 present stipulation as follows:
21 - The deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment is
22   extended by fourteen (14) days up to and including June 1, 2022.
23 - The deadline for Defendant to file a reply to Plaintiff's response is extended an
24   additional seven (7) days up to and including June 22, 2022.

1

JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO
RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 12, 2022

Respectfully submitted,

POLSINELLI LLP

By: */s/ Miya Yusa*
Colby B. Springer (admitted *pro hac vice*)
Miya Yusa (admitted *pro hac vice*)
Melenie Van (admitted *pro hac vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:  415.248.2100
cspringer@polsinelli.com
myusa@polsinelli.com
mvan@polsinelli.com

H. Stan Johnson (SBN 0265)
Steven B. Cohen (SBN 2327)
COHEN-JOHNSON LLC
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
T:  702.823.3500
sjohnson@cohenjohnson.com
scohen@cohenjohnson.com

Michael P. Dulin (admitted *pro hac vice*)
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
T:  303.572.9300
mdulin@polsinelli.com

Attorneys for Plaintiff
IMAGEKEEPER, LLC

Dated: May 12, 2022

Respectfully submitted,

DUANE MORRIS LLP

By: */s/ Jordana A. Garellek*
Dominica C. Anderson
Terry W. Ahearn
D. Stuart Bartow
Daniel B. Heidtke
Jordana A. Garellek
Brianna M. Vinci

Attorneys for Defendant
Wright National Flood Insurance Services LLC

**IT IS SO ORDERED.**

Dated: May 13, 2022

CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE