H. STAN JOHNSON (SBN 0265)
STEVEN B. COHEN (SBN 2327)
COHEN-JOHNSON LLC
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
T:  702.823.3500
Email:  sjohnson@cohenjohnson.com
Email:  scohen@cohenjohnson.com

COLBY B. SPRINGER (admitted *pro hac vice*)
MIYA YUSA (admitted *pro hac vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:  415.248.2100
Email:  cspringer@polsinelli.com
Email:  myusa@polsinelli.com

MICHAEL P. DULIN (admitted *pro hac vice*)
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
T:  303.572.9300
Email:  mdulin@polsinelli.com

MELENIE VAN (admitted *pro hac vice*)
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
T:  (310) 229-1355
Email:  mvan@polsinelli.com

Attorneys for Plaintiff
IMAGEKEEPER, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability Company,<br><br>    Plaintiff,<br><br>  v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>    Defendants. | Case No. 2:20-cv-01470-CDS-VCF<br><br>**ERRATA TO PLAINTIFF IMAGEKEEPER, LLC'S OPPOSITION TO DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT [RE: [SEALED] ECF NOS. 236 AND 237]** |

1  Plaintiff ImageKeeper LLC lodged a SEALED Response to Wright Flood's Motion for
2  Summary Judgment at **Docket 236** and again at **Docket 237**.

3  The filing at **Docket 236** was the complete response brief but for the fact that it ***does not***
4  ***reflect*** proper exhibit lettering (*e.g.*, Exhibit **XXX** (Feb. 22, 2022 Patterson Depo. Tr.) at 152:25-
5  153:14).

6  The filing at **Docket 237** is the same response brief originally lodged at Docket 236
7  except for the fact that the filing at Docket 237 ***does reflect*** the previously omitted exhibit
8  lettering (*e.g.,* Exhibit **E** (Feb. 22, 2022 Patterson Depo. Tr.) at 152:25-153:14).

9  The two briefs are otherwise the same but for the addition of the correct exhibit lettering.

10  Counsel for all the parties have been served with a copy of both sealed briefs as well as
11  all exhibits and ancillary materials lodged in support thereof.

12  The Court is respectfully requested to consider Docket 237 as the **CORRECTED**
13  **SEALED** Response to Wright Flood's Motion for Summary Judgment.

Dated:  June 2, 2022

Respectfully submitted,
POLSINELLI LLP

*/s/ Colby B. Springer*
By:  H. Stan Johnson (SBN 0265)
Steven B. Cohen (SBN 2327)
COHEN-JOHNSON LLC
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
T:  702.823.3500
Email:  sjohnson@cohenjohnson.com
Email:  scohen@cohenjohnson.com

Colby B. Springer (admitted *pro hac vice*)
Miya Yusa (admitted *pro hac vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:  415.248.2100
Email:  cspringer@polsinelli.com
Email:  myusa@polsinelli.com
Email:  mvan@polsinelli.com

| | |
|---|---|
| 1 | Michael P. Dulin (admitted *pro hac vice*) |
| 2 | POLSINELLI PC |
|   | 1401 Lawrence Street, Suite 2300 |
| 3 | Denver, CO 80202 |
|   | T:  303.572.9300 |
| 4 | Email:  mdulin@polsinelli.com |
| 5 | MELENIE VAN (admitted *pro hac vice*) |
| 6 | POLSINELLI LLP |
|   | 2049 Century Park East, Suite 2900 |
| 7 | Los Angeles, CA 90067 |
|   | Telephone: (310) 229-1355 |
| 8 | Email: mvan@polsinelli.com |
| 9 | Attorneys for Plaintiff |
|   | IMAGEKEEPER, LLC |