**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada limited liability Company, | |
| Plaintiff(s), | 2:20-cv-1470-CDS-VCF |
| v. | **ORDER** |
| WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation, | |
| Defendant(s). | |

Before the Court is the joint stipulation and order requesting to amend the scheduling order (ECF 247).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the joint stipulation and order requesting to amend the scheduling order (ECF 247), is scheduled for 10:00 AM, October 20, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that the dispositive motion deadline is STAYED pending further order of the court until after the hearing on October 20, 2022.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, October 19, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

1

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 30th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE