DOMINICA C. ANDERSON (SBN: 2988)
DANIEL B. HEIDTKE (SBN 12975)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Tele: 702.868.2600; Fax: 702.385.6862
E-Mail: dcanderson@duanemorris.com
         dbheidtke@duanemorris.com

TERRY W. AHEARN (admitted *pro hac vice*)
D. STUART BARTOW (admitted *pro hac vice*)
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tele: 650-847-4150; Fax: 650.403.1902
E-Mail: twahearn@duanemorris.com
         dsbartow@duanemorris.com

JORDANA A. GARELLEK (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
E-mail: JGarellek@duanemorris.com

NELSON STEWART
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
230 Park Avenue, Suite 1130
New York, NY 10169-0079
E-mail: NMStewart@duanemorris.com

BRIANNA M. VINCI
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
E-mail: BVinci@duanemorris.com

Attorneys for Defendant
*Wright National Flood Insurance Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IMAGEKEEPER LLC, a Nevada Limited Liability Company,<br><br>            Plaintiff,<br><br>     v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware Limited Liability Company,<br><br>            Defendant. | Civil Action No.: 2:20-cv-01470-CDS-VCF<br><br>**DEFENDANTS' UNOPPOSED REQUEST AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER**<br><br>(Fifth Request) |

Defendants' Unopposed Request to Amend Scheduling Order
DM1\13825679.5

Pursuant to Civil Local Rules IA 6-1 and 6-2, Defendants Wright National Flood Insurance Services, LLC ("Wright Flood") and Evoke Technologies, LLC ("Evoke") respectfully request to amend the Scheduling Order (ECF. No. 249) in this matter for the limited purpose of filing dispositive motions. Plaintiff ImageKeeper, LLC ("Plaintiff" or "ImageKeeper") takes no position on Defendants' request.

Under the current schedule, dispositive motions are due on February 24, 2022. (ECF No. 249). Both Wright Flood and Evoke intend to file dispositive motions. Wright Flood previously filed an early motion for summary judgment that is pending before the Court. (ECF No. 218). Aside from dispositive motions, the parties have completed discovery in accordance with the current schedule (ECF No. 249). Defendants' request is necessitated by several scheduling conflicts that have materialized since the Court's October 20, 2022 amended Scheduling Order (ECF No. 249). Wright Flood's request is necessitated by a hearing in another matter that was rescheduled by the court in that other matter. Evoke's request is necessitated by an upcoming trial in another matter which was recently set by the court in that matter.

Because Wright Flood and Evoke intend to file further dispositive motions, in addition to Wright Flood's already pending early motion for summary judgment (ECF No. 218), no deadline for filing the joint pretrial order is, or will be, scheduled until 30 days after the Court's decision on the dispositive motions or by further Court order pursuant to Local Rule 26-1(b)(5). Thus, the requested amendment to the current Scheduling Order (ECF No. 249) will not affect any other deadlines or hearing dates in this action.

The Parties have previously requested an amendment to the scheduling order on March 15, 2021. The Court entered the Scheduling Order on March 16, 2021 (ECF. No. 141 at 15). The Court modified the scheduling order on October 12, 2021 (ECF. No. 175). The Parties requested another amendment to the scheduling order on December 1, 2021. The Court entered the amended Scheduling Order on December 3, 2021 (ECF. No. 186). The Parties requested another amendment to the Scheduling Order on February 25, 2022 (ECF. No. 198). The Court entered the amended Scheduling Order on March 1, 2022 (ECF. No. 199). The Parties requested another amendment to the Scheduling

Order on August 29, 2022 due to a medical emergency of one of the retained experts (ECF No. 247). The Court entered the amended, and current, Scheduling Order on October 20, 2022 (ECF No. 249; *see also* ECF No. 248).

**WHEREFORE**, the undersigned respectfully requests that the Court approve the present request to amend the Scheduling Order as follows:

| ACTION ITEM | OLD DEADLINE (ECF NO. 249) | NEW DEADLINE REQUESTED |
|---|---|---|
| Dispositive Motions LR 26-1(b)(4) | February 24, 2023 | March 24, 2023[1] |
| Joint Pretrial Order | April 23, 2023 | If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. |

Dated: February 6, 2023

By: /s/ *Terry W. Ahearn*
Dominica C. Anderson
Terry W. Ahearn
D. Stuart Bartow
Daniel B. Heidtke
Jordana A. Garellek
Nelson Stewart
Brianna M. Vinci
Attorneys for Defendant *Wright National Flood Insurance Services LLC*

Dated: February 6, 2023

By: /s/ *Glenn F. Meier*
Glenn F. Meier (NSB #006950)
Bethany L. Rabe (NSB #011691)

Attorneys for Defendant *Evoke Technologies Private Limited*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 2-8-2023

---

[1] ~~The Court's decision on dispositive motions will then trigger the setting of a new pre-trial conference order in accordance with the local rules.~~

# PROOF OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in Clark County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 2475 Hanover Street, Palo Alto, CA 93404.

On February 6, 2023, I served the document described as **DEFENDANTS' UNOPPOSED REQUEST AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER** on the interested party(ies) in this action:

| | |
|---|---|
| H. Stan Johnson, Esq.<br>Steven B. Cohen, Esq.<br>COHEN JOHNSON LLC<br>375 E. Warm Springs Road, Suite 104<br>Las Vegas, NV 89119<br>Tel: 702-823-3500<br>Fax: 702-823-3400<br>Email: sjohnson@cohenjohnson.com<br>Email: scohen@cohenjohnson.com | Donald L. Prunty<br>Glenn F. Meier<br>Bethany L. Rabe<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>Tel: 702.792.3773<br>Fax: 702.792.9002<br>Email: pruntyd@gtlaw.com<br>Email: meierg@gtlaw.com<br>Email: rabeb@gtlaw.com |
| Colby B. Springer, Esq.<br>Miya Yusa, Esq.<br>POLSINELLI LLP<br>Three Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Tel: 415.248.2100<br>Fax: 415.247.2101<br>Email: cspringer@polsinelli.com<br>Email: myusa@polsinelli.com | F. Christopher Austin<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Ste. 100<br>Las Vegas, NV 89144<br>Tel: 702.382.4804<br>Fax: 702.382.4805<br>Email: caustin@weidemiller.com |

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

☐ **BY FEDERAL EXPRESS:** I served said document(s) to be delivered on the same day to a courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

/s/ _Andrew Hanna_____

An employee of DUANE MORRIS LLP

DM1\13825679.5

DEFENDANTS' UNOPPOSED REQUEST TO AMEND SCHEDULING ORDER