| | |
|---|---|
| H. STAN JOHNSON (SBN 0265)<br>STEVEN B. COHEN (SBN 2327)<br>COHEN JOHNSON LLC<br>375 E. Warm Springs Road, Suite 104<br>Las Vegas, NV 89119<br>T: 702.823.3500<br>Email: sjohnson@cohenjohnson.com<br>Email: scohen@cohenjohnson.com<br><br>COLBY B. SPRINGER (admitted *pro hac vice*)<br>MIYA YUSA (admitted *pro hac vice*)<br>Polsinelli LLP<br>Three Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>T:415.248.2100<br>Email: cspringer@polsinelli.com<br>Email: myusa@polsinelli.com | MICHAEL P. DULIN (admitted *pro hac vice*)<br>POLSINELLI PC<br>1401 Lawrence Street, Suite 2300<br>Denver, CO 80202<br>T: 303.572.9300<br>Email: mdulin@polsinelli.com<br><br>MELENIE VAN (admitted *pro hac vice*)<br>POLSINELLI LLP<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>T: 310.229.1355<br>Email: mvan@polsinelli.com<br><br>EMILY C. McNALLY (admitted *pro hac vice*)<br>POLSINELLI PC<br>1000 Second Avenue, Suite 3500<br>Seattle, WA 98104<br>T: 206-393-5413<br>Email: emcnally@polsinelli.com |

Attorneys for Plaintiff
IMAGEKEEPER, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>    Defendants | Case No. 2:20-cv-01470-CDS-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT** |

    Pursuant to Civil Local Rules IA 6-1 and 6-2 and LR 7-2, Plaintiff ImageKeeper, LLC ("Plaintiff" or "ImageKeeper") and Defendants Wright National Flood Insurance Services, LLC ("Wright Flood") and Evoke Technologies Private Limited ("Evoke") (collectively the "Parties") hereby stipulate and respectfully request to extend the time for submitting the response in

opposition to and replies in support of Defendants' Motions for Summary Judgment, filed at ECF Nos. 259 and 263.

Defendants, with no objection from ImageKeeper, previously requested an extension of the time for filing dispositive motions. ECF No. 256. This Court granted that request. ECF No. 257. Under the current schedule and Local Rule 7-2(b), responses to Defendants' motions are to be filed on or before April 14, 2023, and Defendants' replies are to be filed on or before April 28, 2023. Due to scheduling conflicts with other matters for both Plaintiff ImageKeeper and Defendant Evoke, the parties have conferred and agree that an extension of these deadlines is necessary so that the parties may properly consider and respond to the summary judgment filings. Defendant Wright Flood consents to this approach. The parties agree that a thirty-day extension to Plaintiffs April 14, 2023 deadline, followed by a thirty-day period for Defendants to submit their replies would appropriately accommodate the parties' needs.

**WHEREFORE**, the undersigned Parties respectfully request that the Court approve the present stipulation as follows:

| ACTION ITEM | DEADLINE (ECF NO. 257 and L.R. 7-2(b)) | NEW DEADLINE REQUESTED |
|---|---|---|
| Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment | April 14, 2023 | May 15, 2023 |
| Defendants' Reply in Support of Motions for Summary Judgment | April 28, 2023 | June 14, 2023 (30 days after Plaintiff's Opposition) |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| Dated: April 7, 2023 | | Respectfully Submitted, |

By: */s/ Colby B. Springer*
H. Stan Johnson
Steven B. Cohen
Colby B. Springer
Miya Yusa
Michael P. Dulin
Melenie Van
Emily C. McNally

Attorneys for Plaintiff
IMAGEKEEPER, LLC

Dated: April 7, 2023

By: */s/ Terry W. Ahearn*
Terry W. Ahearn
D. Stuart Bartow
Dominica C. Anderson
Daniel B. Heidtke

Attorneys for Defendant
WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC

Dated: April 7, 2023

By: */s/ Glenn F. Meier*
Donald L. Prunty (NSB #008230)
Glenn F. Meier (NSB #006950)
Bethany L. Rabe (NSB #011691)

Attorneys for Defendant
EVOKE TECHNOLOGIES PRIVATE LIMITED

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2023

3
JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS
FOR SUMMARY JUDGMENT