DOMINICA C. ANDERSON (SBN: 2988)
DANIEL B. HEIDTKE (SBN 12975)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Tele: 702.868.2600; Fax: 702.385.6862
E-Mail: dcanderson@duanemorris.com
          dbheidtke@duanemorris.com

TERRY W. AHEARN (admitted *pro hac vice*)
D. STUART BARTOW (admitted *pro hac vice*)
**DUANE MORRIS LLP**
260 Homer Ave., Ste 202
Palo Alto, CA 94301-2777
Tele: 650-847-4150; Fax: 650.403.1902
E-Mail: twahearn@duanemorris.com
          dsbartow@duanemorris.com

JORDANA A. GARELLEK (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
E-mail: JGarellek@duanemorris.com

NELSON STEWART
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
230 Park Avenue, Suite 1130
New York, NY 10169-0079
E-mail: NMStewart@duanemorris.com

BRIANNA M. VINCI
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
E-mail: BVinci@duanemorris.com

Attorneys for Defendant
*Wright National Flood Insurance Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IMAGEKEEPER LLC,<br><br>    Plaintiff<br><br>    v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, and EVOKE TECHNOLOGIES PRIVATE LIMITED,<br><br>    Defendants | Case No.: 2:20-cv-01470-CDS-MDC [1]<br><br>**SUMMARY JUDGMENT BRIEFING SCHEDULE PER ECF NO. 301** |

---

[1] This case was reassigned to District Judge Cristina D. Silva in April 2022 (ECF No. 215); and to Magistrate Judge Maximiliano D. Couvillier, III in January 2024 (ECF No. 295). Accordingly, counsel is advised to update their caption to bear the correct case number for all future filings: 2:20-cv-01470-CDS-MDC.

Pursuant to Local Rules IA 6-1 and 6-2, and the Order on Defendant Wright National Flood Insurance Services, LLC's ("Wright Flood") Motion for Summary Judgment (ECF. No. 301, at 11:10-13), Defendants Wright Flood and Evoke Technologies Private Limited and Plaintiff ImageKeeper, LLC hereby jointly submit to the Court the following proposed summary judgment briefing schedule:

| ACTION ITEM | REQUESTED DEADLINE |
| --- | --- |
| Opening Briefs | October 2, 2024 |
| Oppositions | November 6, 2024 |
| Reply Briefs | December 4, 2024 |

Dated: July 15, 2024

By: /s/Colby B. Springer
Steven B. Cohen
Colby B. Springer
Miya Yusa
Michael P. Dulin
Emily C. McNally

Attorneys for Plaintiff
IMAGEKEEPER, LLC

Dated: July 15, 2024

By: /s/Terry W. Ahearn
Terry W. Ahearn
D. Stuart Bartow
Dominica C. Anderson
Daniel B. Heidtke
Attorneys for Defendant

WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC

Dated: July 15, 2024

By: /s/Akke Levin
Donald L. Prunty
Akke Levin
Bethany L. Rabe
Attorneys for Defendant

EVOKE TECHNOLOGIES PRIVATE LIMITED

IT IS SO ORDERED:

_____
United States District Judge
Dated: July 16, 2024