# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ImageKeeper LLC, | **2:20-cv-01470-CDS-MDC** |
| Plaintiff(s), | |
| vs. | **Order** |
| Wright National Flood Insurance Services LLC., | |
| Defendant(s). | |

This case has been assigned to the undersigned magistrate judge by random draw. On July 1, 2024, the undersigned conducted a settlement conference.  As a result, and with good cause appearing, the Honorable Maximiliano D. Couvillier III recuses himself from this action.

ACCORDINGLY,

IT IS SO ORDERED that this case is referred to the Clerk of Court for random reassignment to another magistrate judge.

Dated this 26th day of September 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge