1  DOMINICA C. ANDERSON (SBN: 2988)
   DANIEL B. HEIDTKE (SBN 12975)
2  **DUANE MORRIS LLP**
   100 N. City Parkway, Suite 1560
3  Las Vegas, NV 89106-4617
   Tele: 702.868.2600; Fax: 702.385.6862
4  E-Mail: dcanderson@duanemorris.com
           dbheidtke@duanemorris.com
5
   D. STUART BARTOW (admitted *pro hac vice*)
6  **DUANE MORRIS LLP**
   2475 Hanover Street
7  Palo Alto, CA 94304-1194
   Tele: 650-847-4150; Fax: 650.403.1902
8  E-Mail: dsbartow@duanemorris.com

   NELSON STEWART
   (admitted *pro hac vice*)
   **DUANE MORRIS LLP**
   230 Park Avenue, Suite 1130
   New York, NY 10169-0079
   E-mail: NMStewart@duanemorris.com

   BRIANNA M. VINCI
   (admitted *pro hac vice*)
   **DUANE MORRIS LLP**
   30 South 17th Street
   Philadelphia, PA 19103-4196
   E-mail: BVinci@duanemorris.com

   Attorneys for Defendant
   *Wright National Flood Insurance Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER LLC,<br><br>    Plaintiff<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01470-CDS-NJK<br><br>**Order Approving JOINT STIPULATION EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 349] |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants Wright National Flood Insurance Services, LLC ("Wright") and Evoke Technologies Private Ltd. ("Evoke") (collectively, "Defendants"), and Plaintiff ImageKeeper LLC ("Plaintiff"), hereby make this stipulated request to extend the time for (i) Defendants to file a responsive brief to Plaintiff's Motion for Reconsideration

(Doc. 348), filed August 25, 2025, and (ii) for Plaintiff to file a reply concerning same. This is the first stipulation for extension of time with respect to the subject motion. The Parties reached this stipulation in an effort to accommodate competing obligations in the month of September and in view of the Labor Day holiday weekend, which fell the week after the subject motion was filed. This stipulated extension request is not made in bad faith or for the purpose of delaying the proceedings. The Parties hereby jointly submit to the Court the following proposed amended briefing schedule on Plaintiff's Motion for Reconsideration (Doc. 348):

| ACTION ITEM | REQUESTED DEADLINE |
| --- | --- |
| Responsive Briefing by Defendants | September 15, 2025 |
| Reply Briefing by Plaintiff | September 29, 2025 |

Dated: September 2, 2025

By: __/s/ Colby B. Springer__
Steven B. Cohen (SBN 2327)
Colby B. Springer (admitted pro hac vice)
Miya Yusa (admitted pro hac vice)
Emily C. McNally (admitted pro hac vice)

Attorneys for Plaintiff
IMAGEKEEPER, LLC

Dated: September 2, 2025

By: __/s/ D. Stuart Bartow__
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
D. Stuart Bartow (admitted pro hac vice)
Nelson Stewart (admitted pro hac vic)
Brianna Vinci (admitted pro hac vice)

Attorneys for Defendant
WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC

Dated: September 2, 2025

By:    */s/ Akke Levin*
      Akke Levin (SBN 9102)
      Bethany L. Rabe (SBN 11691)
      10845 Griffith Peak Drive, Suite 600
      Las Vegas, Nevada 89135

      Attorneys for Defendant
      EVOKE TECHNOLOGIES PRIVATE LTD.

Based on the parties' stipulation [ECF No. 349], the deadline for defendants Wright National Flood Insurance Services and Evoke Technologies Private Ltd. to file a responsive brief to plaintiff ImageKeeper LLC's motion for reconsideration is extended to September 15, 2025; and the time for ImageKeeper's reply is extended to September 29, 2025.

_____
HON. CRISTINA D. SILVA
United States District Judge

Dated: September 5, 2025