UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ImageKeeper LLC,

              Plaintiff

v.

Wright National Flood Insurance Services
LLC, et al.,

              Defendants

Case No. 2:20-cv-01470-CDS-NJK

**Order Directing Parties to File a
Proposed Joint Pretrial Order**

I previously granted in part and denied in part defendants Wright National Flood Insurance Services and Evoke Technologies Private Limited's motions for summary judgment. June 2025 order, ECF No. 344. Plaintiff ImageKeeper LLC later sought reconsideration, arguing the court committed an error in its decision. ECF No. 348. In January, I denied ImageKeeper's motion for reconsideration. Jan. 2026 order, ECF No. 355. Accordingly, the parties had thirty days—until February 26, 2026—to file their proposed joint pretrial order. LR 26-1(b)(5) ("If dispositive motions are filed, the deadline for filing the joint pretrial order [is] suspended until 30 days after decision on the dispositive motions").

It is therefore ordered that the parties must meet and confer then prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by March 31, 2026.

Dated: March 13, 2026

_____
Cristina D. Silva
United States District Judge