**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IMAGEKEEPER, LLC, a Nevada Limited Liability Company,

Plaintiff

v.

WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,

Defendants.

Case No. 2:20-cv-01470-CDS-NJK

**ORDER APPROVING JOINT STIPULATION TO REFER THE MATTER TO A CONTINUED SETTLEMENT CONFERENCE**

[ECF No. 357]

Having considered the parties' joint stipulation requesting referral to a settlement conference, and good cause appearing therefor, hereby approves the stipulation and ORDERS the following:

1) the matter is referred to a further settlement conference before Magistrate Judge Couvillier to occur no later than April 17, 2026 (or as soon as the magistrate judge's calendar might allow);

2) the parties will report whether the matter fully and finally settled, or file a further status report indicating that fruitful settlement discussions are ongoing before the magistrate judge, no later than three Court days following that settlement conference; and

3) barring settlement—or a report by the parties or the magistrate judge that discussions should continue in lieu of trial—the parties will submit a pre-trial order in accordance with Civil Local Rules 16-3 and 16-4 no later than 60 days after the date of the settlement conference.

Dated: March 18, 2026

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE