IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER, LLC, a Nevada Limited Liability Company,<br><br>             Plaintiff,<br>      v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware limited liability Company, and EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>             Defendants. | Case No. 2:20-cv-01470-CDS-NJK<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO WITHDRAW ATTORNEYS TERI NGYUEN AND MIYA YUSA AS COUNSEL FOR PLAINTIFF** |

## [PROPOSED] ORDER

This Court, having considered Motion to Withdraw Attorneys Teri Nguyen and Miya Yusa as Counsel for Plaintiff and for good cause being shown, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Teri Nguyen and Miya Yusa are hereby withdrawn as counsel of record for Plaintiff and Plaintiff continues to be represented by Colby B. Springer, Emily C. McNally, and Melenie Van of Polsinelli PC (Polsinelli LLP in California) and Stan Johnson and Steven B. Cohen of Cohen-Johnson LLC.

**IT IS SO ORDERED.**

Dated: __May 7_____, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE