DOMINICA C. ANDERSON (SBN: 2988)
DANIEL B. HEIDTKE (SBN 12975)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Tel: 702.868.2600; Fax: 702.385.6862
Email: dcanderson@duanemorris.com
        dbheidtke@duanemorris.com

D. STUART BARTOW (admitted *pro hac vice*)
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel: 650.847.4150; Fax: 650.403.1902
Email: dsbartow@duanemorris.com

JOHN D. COOKE (admitted *pro hac vice*)
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Tel: 312.499.6700; Fax: 312.499.6701
Email: jdcooke@duanemorris.com

NELSON STEWART
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
230 Park Avenue, Suite 1130
New York, NY 10169-0079
Email:   NMStewart@duanemorris.com

BRIANNA M. VINCI
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Email:   BVinci@duanemorris.com

Attorneys for Defendant
*Wright National Flood Insurance
Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IMAGEKEEPER LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, a Delaware Limited Liability Company, EVOKE TECHNOLOGIES PRIVATE LIMITED, an Ohio foreign corporation,<br><br>Defendants | Civil Action No.: 2:20-cv-01470-CDS-NJK<br><br>**Order Approving JOINT STIPULATION REQUESTING A 35-DAY EXTENSION FOR THE PARTIES TO SUBMIT THEIR PROPOSED JOINT PRETRIAL ORDER IN VIEW OF A RECENT STIPULATED DISMISSAL OF CERTAIN CAUSES OF ACTION**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 376] |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants Wright National Flood Insurance Services, LLC ("Wright") and Evoke Technologies Private Ltd. ("Evoke") (collectively, "Defendants"), and Plaintiff ImageKeeper LLC ("Plaintiff"), hereby make this stipulated request to extend by thirty-five (35) calendar days the deadline for the Parties to submit their proposed joint pretrial order, up to and including August 24, 2026. (*See* ECF No. 370, setting current deadline for

1

JOINT STIPULATION AND ORDER ON EXTENSION OF PRETRIAL ORDER DEADLINE
DM1\302036164.2

July 20, 2026). This is the first request for an extension regarding the proposed joint pretrial order following the Parties' May 19, 2026 settlement conference, which did not result in settlement. (*Id.*).

The reason for this requested extension is that on June 30, 2026 the Parties submitted a joint stipulation pursuant to Fed. R. Civ. P. 15(a)(2) (ECF No. 375), by which Plaintiff's operative AMENDED COMPLAINT (ECF No. 67) is further amended to dismiss pending Counts 1 and 2 from the case (alleging misappropriation of Plaintiff's Alleged Trade Secret #6 under federal and Nevada law, respectively). As a result of this stipulated amendment dismissing Counts 1 and 2 with regard to Alleged Trade Secret #6, no claims of trade secret misappropriation remain pending in the case for trial. Accordingly, the Parties are working to adapt and streamline their respective cases and materials to more efficiently present the remaining issues to the Court and the jury.

This stipulated extension request is not made in bad faith or for the purpose of delaying the proceedings, but rather, as mentioned, to allow the Parties to continue working towards streamlining the issues for the Court and the jury at trial. Thus, the Parties hereby jointly submit to the Court the following proposed amended schedule for the submission of their proposed joint pretrial order:

| ACTION ITEM | REQUESTED DEADLINE |
|---|---|
| Submission of Proposed Joint Pretrial Order | August 24, 2026 |

Dated: July 1, 2026

By: ___ /s/ ___ *Colby B. Springer* _____
Steven B. Cohen (SBN 2327)
Colby B. Springer (admitted *pro hac vice*)
Emily C. McNally (admitted *pro hac vice*)

Attorneys for Plaintiff
IMAGEKEEPER, LLC

///

///

///

///

///

///

///

JOINT STIPULATION AND ORDER ON EXTENSION OF PRETRIAL ORDER DEADLINE
DM1\302036164.2

Dated: July 1, 2026

By:    /s/    *D. Stuart Bartow*

Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
D. Stuart Bartow (admitted *pro hac vice*)
John D. Cooke (admitted *pro hac vice*)
Nelson Stewart (admitted *pro hac vice*)
Brianna Vinci (admitted *pro hac vice*)

Attorneys for Defendant
WRIGHT NATIONAL FLOOD INSURANCE
SERVICES, LLC

Dated: July 1, 2026

By:    /s/    *Bethany L. Rabe*

Akke Levin (SBN 9102)
Bethany L. Rabe (SBN 11691)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

Attorneys for Defendant
EVOKE TECHNOLOGIES PRIVATE LTD.

**IT IS SO ORDERED.**

HON. CRISTINA D. SILVA
United States District Judge

DATED: July 1, 2026